# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 5:06cr87-MW/GRJ-2

**DANIEL BERNARD BELL,**

    **Defendant/Petitioner.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 119. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 112, is **DISMISSED** with prejudice. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 13, 2018.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**